**UNTIED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:
PHILLIPS, KRISTY LYNN,                    CASE NO. 20-10149GVL1
    Debtor                                    CHAPTER 7
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SHORTEN NOTICE AND OBJECTION PERIOD FOR TRUSTEE TO SELL ROPERTY OF THE ESTATE TO FOURTEEN (14) DAYS (DOC. 47)**

THIS CAUSE having come before the Court on Chapter 7 Trustee's Motion to Shorten Notice and Objection Period for Trustee to Sell Property of the Estate (Doc. 47). This court having considered the motion and noting that no hearing is necessary, it is

ORDERED AND ADJUDGED as follows:

1.     Trustee's motion is GRANTED.

2.     Any and all objections to the notice of intent to sell must be filed no later than 14 days from the date of service of the Notice of Intent to Sell with Negative Notice.

DONE AND ORDERD on this __25th__ day of __March__ 2021.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Trustee is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) days of entry of the order.

**Order Prepared by:**
Theresa M Bender
**Copies provided to:**
Debtor
Debtors' counsel
Office of the U.S. Trustee, USTRegion21.TLECEF@usdoj.gov.
Other Interested Parties